# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Nathan Sterling Mason,<br><br>  Plaintiff,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>  Defendants. | No. CV17-08098-PCT-DGC (MHB)<br><br>**ORDER** |

Plaintiff Nathan Sterling Mason filed this civil rights suit on May 25, 2017. The Court entered rulings on the parties' motions for summary judgment on March 27, 2019. Doc. 354. Among other motions pending before the Court are Plaintiff's motion for reconsideration of an earlier ruling denying Plaintiff's motion for appointment of counsel. (Doc. 361) and Plaintiff's motion for pretrial management hearing (Doc. 343). The Court will grant Plaintiff's motion for pretrial management hearing (Doc. 343) and will notify Plaintiff that attorney Alejandro Perez has agreed to represent Plaintiff in this matter through trial of this case on a pro bono basis.

**IT IS ORDERED:**

1. Attorney Alejandro Perez shall meet and confer with Plaintiff no later than **April 23, 2019** regarding this case. The Court will hold a status conference with counsel for all parties on **April 26, 2019 at 2:30 p.m.** for the purpose of setting a firm trial date (and dates associated with a trial) in this case. Counsel for all parties shall appear in person

at the hearing.

2. Attorney Alejandro Perez shall file a notice of appearance in this case no later than **April 23, 2019**.

3. Plaintiff's motion for pretrial management hearing (Doc. 343) is **granted.**

4. Plaintiff's motion for reconsideration (Doc. 361) is **found to be moot**.

5. Counsel shall be prepared to discuss all pending motions in this case at the status conference set for April 26, 2019.

6. The Clerk of Court is directed to file this Order on the Court's docket ensuring that Plaintiff receive a notice of electronic filing and copy of the Order. The Clerk of Court shall also add attorney Alejandro Perez to the docket of this case, and provide attorney Alejandro Perez a copy of this Order via email.

Dated this 2nd day of April, 2019.

David G. Campbell
Senior United States District Judge