# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nathan Sterling Mason,<br><br>            Plaintiff,<br><br>v.<br><br>Charles L. Ryan, et al.,<br><br>           Defendants. | No. CV17-8098-PCT DGC (MHB)<br><br>**ORDER** |

Pursuant to Stipulation for Dismissal of Defendants Corizon Health, Inc. and Thude. Doc. 408.

**IT IS ORDERED** that the stipulation of dismissal of Defendants Corizon Health, Inc. and Thude with prejudice (Doc. 408) is **granted.** Each party to bear its own attorneys' fees and costs.

Dated this 21st day of August, 2019.

_David G. Campbell_
David G. Campbell
Senior United States District Judge